```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 24601
   ANA L FERNANDEZ
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5194


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/31/2007 and was confirmed 03/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 06/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
BLITT & GAINES PC          NOTICE ONLY    NOT FILED          .00             .00
CAINE & WEINER             UNSECURED      NOT FILED          .00             .00
FIRST AMERICAN BANK        UNSECURED      NOT FILED          .00             .00
EXPRESS                    UNSECURED      NOT FILED          .00             .00
HARRIS BANK                UNSECURED      12992.54           .00             .00
VYRIDIAN REVENUE MGMT      UNSECURED      NOT FILED          .00             .00
RUSH DERMATOLOGY PATIENT   UNSECURED      NOT FILED          .00             .00
MOUNT SINAI HOSPITAL       UNSECURED      NOT FILED          .00             .00
PROGRESSIVE INSURANCE      UNSECURED      NOT FILED          .00             .00
NEWPORT NEWS               UNSECURED      NOT FILED          .00             .00
ASSET MANAGEMENT HOLDING   CURRENT MORTG        .00          .00             .00
WASHINGTON MUTUAL BANK     CURRENT MORTG        .00          .00             .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   32392.71          .00          284.35
TOTAL FINANCE              SECURED NOT I     576.60          .00          576.60
CODILIS & ASSOCIATES       NOTICE ONLY    NOT FILED          .00             .00
ASSET MANAGEMENT HOLDING   MORTGAGE ARRE   13925.80          .00          122.25
WASHINGTON MUTUAL          NOTICE ONLY    NOT FILED          .00             .00
RECOVERY MANAGEMENT SYST   UNSECURED        521.67           .00             .00
LEGAL HELPERS PC           ATTORNEY        2200.00           .00         2200.00
LAVELLE LEGAL SERVICES L   NOTICE ONLY    NOT FILED          .00             .00
LEGAL HELPERS PC           DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                        276.80
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   3,460.00

PRIORITY                                        .00
SECURED                                      983.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24601 ANA L FERNANDEZ
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                            276.80
DEBTOR REFUND                                                      .00
                                   ---------------    ---------------
TOTALS                                    3,460.00           3,460.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 09/08/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```